ACCEPTED
01-14-00393-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/1/2015 2:13:11 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00393-CR
## IN THE COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS

**LARRY THOMAR DORAL**
*Appellant*

v.

**STATE OF TEXAS**
*Appellee*

§
§
§
§
§
§
§

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/1/2015 2:13:11 PM

CHRISTOPHER A. PRINE
Clerk

Trial Court Case No. 1393714
351ST District Court
Harris County, Texas

AMENDED

## MOTION TO DISMISS APPEAL

Appellant Larry Thomar Doral, through counsel, moves the Court to permit him to dismiss his appeal of the above cases for the following reasons:

Mr. Doral does not believe the appeal will be successful and believes the dismissal is in his best interest so that he can transfer to TCDJ in order to receive his state identification number and prepare for his next parole interview.

This Court abated Mr. Doral's appeal and ordered the trial court to hold hearing on the issues of whether Mr. Doral wished to pursue his appeal and, if so, whether appellate counsel had abandoned the appeal. The outcome of that hearing, held March 19, 2015, was the appointment of this office to Mr. Doral's case and the withdrawal of Arden Morley.

Bob Wicoff, of this office, spoke to Mr. Doral at the hearing and advised him that his appeal was not viable, due to his plea of true to the state's motion to adjudicate. Mr. Doral previously had been interviewed by a parole officer in Harris County Jail and had

heard nothing from the Parole Board. He wishes to transfer to TDCJ as soon as possible so he can get his State ID number and prepare for his next parole review.

In view of the above, Mr. Doral asks this Court to dismiss his appeal.

Respectfully submitted,

**Alexander Bunin**
Chief, Harris County Public Defender's Office

/s/ Melissa Martin

---

**Melissa Martin**
Assistant Public Defender
1201 Franklin, 13th Floor
Houston, TX 77002
713/274-6709; Fax 713/437-4319
Email melissa.martin@pdo.hctx.net
Texas Bar # 24002532

_Larry Thomar Doral_

**Larry Thomar Doral**
**Appellant**

## INMATE'S DECLARATION

I, Larry Thomar Doral, being presently incarcerated in Harris County Jail, declare under penalty of perjury that, according to my belief, the facts stated in the above and foregoing motion are true and correct.

_Larry Thomar Doral_

Larry Thomar Doral

Signed on 6/26/15

## CERTIFICATE OF SERVICE

I certify that I provided a copy of the above motion to the Harris County District Attorney's office by electronic delivery on ___7/1/15___, 2015.

_Melissa Martin_
Melissa Martin